**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**APOLONIA SCOTT, AS PERSONAL
REPRESENTATIVE OF THE ESTATE
OF KELSEY SCOTT, DECEASED**                                    **PLAINTIFF**

**V.**                                     **CIVIL ACTION NO. 4:22-CV-63-DMB-JMV**

**TENNESSEE STEEL HAULERS, LLC AND
DERRICK HOWARD**                                                         **DEFENDANTS**

**ORDER**

      Before the court is the Joint Motion to Substitute Party Defendant. [23]. Having considered the motion, the court finds that it is well taken and should be granted. Accordingly, Tennessee Steel Haulers, Inc. is substituted for Tennessee Steel Haulers, LLC. The properly named Defendant Tennessee Steel Haulers, LLC shall have fourteen (14) days from the date of this order to respond to the Complaint.

      **SO ORDERED**, this the 14th day of July, 2022.

                                             /s/ Jane M. Virden
                                             **UNITED STATES MAGISTRATE JUDGE**