IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**APOLONIA SCOTT,** *as Personal Representative*
*of the ESTATE OF KELSEY SCOTT, Deceased*     **PLAINTIFF**

**v.**     **CIVIL ACTION NO.: 4:22-cv-63-DMB-JMV**

**TENNESSEE STEEL HAULERS, INC., ET AL.**     **DEFENDANTS**

## ORDER

Before the court is the defendants' Notice [83] of Withdrawal of Defendants' Motion to Continue. Defendants had previously filed their motion to continue [67] on February 3, 2023. Seeing that the plaintiff joins in the notice, the Court finds the notice to be well-taken, and it is hereby GRANTED.

It is hereby ordered that the defendants' motion to continue [67] is withdrawn. The Clerk's Office is directed to terminate the motion in accordance with this Order.

**SO ORDERED** this, the 9th day of March, 2023.

                          /s/ Jane M. Virden
                          **UNITED STATES MAGISTRATE JUDGE**